# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALFONSO RIVERA-AVALOS, et al.,

    Defendants.

2:09-CR-262 JCM (RJJ)

## ORDER

Presently before the court are Alfonso Rivera-Avalos' motion for leave to file a memorandum of law (doc. #226) and motion to vacate sentence pursuant to 28 U.S.C. § 2255 (doc. #227). Rivera's *pro se* motion asserts a claim of ineffective assistance of counsel.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Rivera's motion for leave to file a memorandum of law (doc. #226) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that Rivera file a memorandum of law by December 10, 2011.

IT IS FURTHER ORDERED that the United States file an opposition or otherwise respond to Rivera's § 2255 motion by January 10, 2012. Rivera shall file a reply by February 10, 2012.

DATED November 16, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**