# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CA-10-10529 |
| | ) | |
| Plaintiff-Appellee, | ) | 2:09-CR-262-JCM (RJJ) |
| vs. | ) | |
| | ) | |
| JOSE LUIS RUBIO-RODRIGUEZ, | ) | |
| | ) | |
| Defendant-Appellant. | ) | **ORDER** |
| | ) | |

Presently before the court is the matter of *United States v. Jose Luis Rubio-Rodriguez*, case number 2:09-cr-00262-JCM-RJJ, on remand from the Ninth Circuit Court of Appeals.

The Ninth Circuit issued its judgment dismissing this appeal and remanding to the district court on October 28, 2011. The Ninth Circuit remanded the case for this court to correct a clerical error in the judgment.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment as to Jose Luis Rubio-Rodriguez (doc. #152) be, and the same hereby is, AMENDED to reflect that defendant was convicted of conspiracy to distribute methamphetamine in violation of "21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846."

DATED this 14th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE