# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff(s),

v.

JUAN RODRIGUEZ,

          Defendant(s).

2:09-CR-262 JCM (PAL)

# ORDER

Presently before the court is defendant's motion to continue district judge hearing. (Doc. # 304).

This court scheduled a status check for defendant Juan Rodriguez on May 31, 2013, based on Ninth Circuit's opinion in *United States v. Rodriguez*, 482 Fed.App'x. 231 (9th Cir. 2012). Because of a trial the court rescheduled the status check from May 31, 2013, to June 24, 2013.

Defense counsel now moves the court to reschedule the status check because she had already scheduled a vacation on that date and will not return to the district until June 28, 2013. The government does not oppose the motion. The court finds good cause to grant the motion.

The new date for the status check is July 10, 2013, at 11:00am. The parties are further advised to file a stipulation with the court in the future instead of unopposed motions.

. . .

. . .

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, DECREED that defendant's motion to continue district judge hearing (doc. # 304) be, and the same hereby, is GRANTED. The status check will be held on July 10, 2013, at 11:00am.

Dated June 6, 2013.

_____
**UNITED STATES DISTRICT JUDGE**