**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) 2:09-CR-262-JCM-(RJJ) <br> v. ) <br> ) <br> JUAN RODRIGUEZ, ) <br> aka Juan Rodriguez-Lopez, ) <br> ) <br> Defendant. ) | |

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America's interests and rights expired in the property listed in the Preliminary Order of Forfeiture (ECF No. 181) and the Final Orders of Forfeiture (ECF No. 212 and 309) as to Juan Rodriguez, aka Juan Rodriguez-Lopez.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property listed in the Preliminary Order of Forfeiture (ECF No. 181) and the Final Orders of Forfeiture (ECF No. 212 and 309) as to Juan Rodriguez, aka Juan Rodriguez-Lopez will not revert back to the defendant and/or any person(s) acting in concert with him and/or on his behalf.

_____
UNITED STATES DISTRICT JUDGE
DATED: December 12, 2013